# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 17, 2011

Lyle W. Cayce
Clerk

No. 10-30815
Summary Calendar

SHECKA WILLIAMS,

Plaintiff-Appellant

v.

CHRISTOPHER DORSEY; B.G. OF NEW ORLEANS,

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-CV-2560

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Shecka Williams appeals the district court dismissal as frivolous of her pro se civil complaint. The district court determined that it lacked subject matter jurisdiction over Williams's claims. On appeal, Williams argues that the district court erred in dismissing her case prior to trial. The court "shall" dismiss an in forma pauperis case "at any time" after determining that it is frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i). Williams also appears to argue that the district court should have appointed her an attorney. She has failed to show exceptional

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-30815

circumstances warranting such an appointment. *See Ulmer v. Chancellor*, 691 F.2d 209, 212 (5th Cir. 1982).

Before this court, Williams's claims about the lack of a trial and the conduct of the defendants show no error in the district court's dismissal based on lack of jurisdiction. *See, e.g.*, *Grant v. Cuellar*, 59 F.3d 523, 524 (5th Cir. 1995). Therefore, the appeal is frivolous and is DISMISSED. *See Howard v. King*, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2. Additionally, Williams's motion for extraordinary relief is likewise DENIED.